PARISH

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>    Plaintiff,    )<br>)<br>v.    )<br>)<br>**SETH ANDREW CANNON,**    )<br>)<br>    Defendant.    ) | Cr. No.: 1:26-cr-10006-STA<br><br>16 U.S.C. § 668 |

# INDICTMENT

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

Beginning at a time unknown but continuing through January 19, 2025, in the Western District of Tennessee, the defendant,

---------------------------------------- **SETH ANDREW CANNON** ----------------------------------------

without being permitted to do so as provided in Title 16, United States Code, Chapter 5A, Subchapter II, did knowingly and with wanton disregard for the consequences of his act take, possess, purchase, barter, purchase or barter, and transport a bald eagle, also known as an American eagle, in violation of 16 U.S.C. § 668.

A TRUE BILL:

_____
FOREPERSON

DATED:_____

DAVID DUNAVANT
*Digitally signed by DAVID DUNAVANT
Date: 2026.02.19 15:25:22 -06'00'*

D. MICHAEL DUNAVANT
UNITED STATES ATTORNEY
WESTERN DISTRICT OF TENNESSEE